*WHEN RECORDED MAIL TO:*
D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nationwide Judgment Recovery Inc | **CASE NUMBER:** |
| PLAINTIFF(S), | CV 2:20-mc-00287 |
| v. | |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 11/06/2020

in favor of Nationwide Judgment Recovery, Inc.

whose address is 8452 Katella Ave, Stanton CA 90680

and against Rongqing Tan

whose last known address is 115 Habitat Ter San Francisco CA 94112

for $ 160,469.37         Principal,    $ 6,707.83         Interest,    $ 0.00         Costs,

and $ 0.00         Attorney Fees.

ATTESTED this _2U_ day of _November_, 20 _20_

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.

Judgment debtor's Social Security number; 6785 (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

115 Habitat Ter

San Francisco Ca 94112

1149

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
**CHRIS SAWYER**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*